# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BALDEMAR GUZMAN,<br><br>　　　　　　Defendant. | 2:12-cr-00448-JCM-VCF<br><br>**ORDER**<br><br>[Unopposed Motion for the Preparation of Pre-Plea Presentence Report #20] |

Before the Court is Unopposed Motion for the Preparation of Pre-Plea Presentence Report filed on February 19, 2013. (#20). To date, no opposition has been filed. The Government does not oppose the Motion. *Id.* Defendant seeks, "the Court to enter an Order directing the United States Department of Probation to prepare a Pre-Plea Presentence Investigation Report to determine the application of U.S.S.G. § 4B1.1 to his criminal history." *Id.*

IT IS HEREBY ORDERED that the Unopposed Motion for the Preparation of Pre-Plea Presentence Report (#20) is GRANTED.

IT IS FURTHER ORDERED that the United States Department of Probation to prepare a Pre-Plea Presentence Investigation Report to determine the application of U.S.S.G. § 4B1.1 on or before March 22, 2013.

DATED this 5th day of March, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE