**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:12-cr-00448-JCM-VCF |
| vs. | **ORDER** |
| BALDEMAR GUZMAN, | |
| Defendant. | |

Based on information provided in Government's MOTION FOR LEAVE OF COURT TO PRODUCE DISCOVERY UNDER SEAL IN THE STATE OF NEVADA AND FOR ISSUANCE OF A PROTECTIVE ORDER, as well as this Court's in camera review of the search warrants from the State of Nevada which are related to the instant case, the Court hereby:

1. GRANTS the Government's motion for leave of court to provide copies of the State of Nevada search warrants and affidavits submitted to obtain the warrants, which are directly related to this case. The Government will have until March 15, 2013 to produce the search warrant and affidavit to the Defendant and his counsel.

2. GRANTS the Government's request for a protective order.

Pursuant to Fed. R. Civ. P. 16(d)(1),

IT IS HEREBY ORDERED that the Government must deliver to counsel, on or before March 15, 2013, copies of the two search warrants and affidavits in support thereof, which are under seal in the State of Nevada.

IT IS FURTHER ORDERED that Defendant's counsel and staff must keep the contents of the warrants and affidavits confidential.

Defendant's counsel and staff must not release the undercover officer's (UC) name and/or identifiers to the defendant or any other person with one exception as follows. Should this case proceed to trial, defendant's counsel may reveal the UC's identifiers to the defendant within 14 days of trial.

DATED this 8th day of March, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE