UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BALDEMAR GUZMAN,<br><br>Defendant. | Case No. 2:12-cr-00448-APG-VCF<br><br>**ORDER GRANTING MOTION TO DEFER RULING**<br><br>(ECF No. 38) |

IT IS ORDERED that defendant Baldemar Guzman's unopposed motion to defer ruling for 30 days **(ECF No. 38) is GRANTED**. Defendant Baldemar Guzman shall have until April 24, 2017 to file a supplement to his motion under 28 U.S.C. § 2255 addressing the decision in *Beckles v. United States*, 137 S. Ct. 886 (2017). The United States may file a response ten days after it receives Guzman's supplement.

DATED this 13th day of April, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE