# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BALDEMAR GUZMAN,<br><br>Defendant. | Case No. 2:12-cr-00448-APG-VCF<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL** |

Defendant Baldemar Guzman's motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) **(ECF No. 40) is granted**. I make no judgment whether a hypothetical future filing by Mr. Guzman would constitute a successive petition. The clerk of the court is directed to close this file.

DATED this 28th day of April, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE